## McNULTY v. OKLAHOMA UNION TRACTION CO.

No. 5162.    Opinion Filed September 28, 1915.

(151 Pac. 1073.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal—Affirmance.**
Where a case has been pending in this court for more than two years, and it appears from the record that the plaintiff in error has been in default for more than 40 days, for failure to file briefs, the appeal will be dismissed or the case affirmed under rule 7 of this court (38 Okla. vi, 137 Pac. ix).

(Syllabus by Robberts, C.)

*Error from County Court, Tulsa County;*
*N. J. Gubser, Judge.*

Action by M. J. McNulty against Oklahoma Union Traction Company.    Judgment for defendant, and plaintiff brings error.    Affirmed.

*Aby & Tucker,* for plaintiff in error.

*Charles B. Rogers,* for defendant in error.

Opinion by ROBBERTS, C.    This was a forcible entry and detention case, and comes here from the county **court of Tulsa county.**    The petition in error was filed in this court on the 27th day of May, 1913.

The case was submitted on the 20th day of September, 1915, and under rule 7 of this court the plaintiff's brief should have been served and filed on or before the 10th day of August, 1915.    It appearing that more than two years have elapsed since the petition in error was filed, and that the plaintiff in error has been in default

for failure to file briefs for more than 40 days, and no reason or excuse being given for such failure, and no extension having been requested, the case should be affirmed under rule 7 of this court (38 Okla. vi, 137 Pac. ix).

By the Court: It is so ordered.